# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2022-0955**

Roger Tavares Malone, Jr. v. State of Alabama (Appeal from Jefferson Circuit Court:  CC-20-1583 and CC-20-1584)

# <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk